No. 49308.—Protest 52571–K of Suen Mark & Co. (San Francisco).

Opinion by COLE, J. The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the gourmet powder or ve-tsin at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds). The protest was sustained.

No. 49309.—Protest 60841–K of Suen Mark & Co. (San Francisco).

Opinion by COLE, J. The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C.C.P.A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin or gourmet powder at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds). The protest was sustained.